# LEEDS MORELLI & BROWN, P.C.
*Attorneys At Law*

ONE OLD COUNTRY ROAD
SUITE 347
CARLE PLACE, NY 11514
(516) 873-9550
(800) 585-4658
FAX: (516) 747-5024

WWW.LMBLAW.COM

March 9, 2005

<u>Electronic Case Filing</u>
Honorable Arlene R. Lindsay
United States Magistrate Judge
Long Island Courthouse
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

Re: Richardt v. Suffolk County Police Department, et al.
<u>[Docket No.: CV 04-3554 (DRH)(ARL)]</u>

Your Honor:

Pursuant to my telephone conversation with and authorization from Arlene S. Zwilling, Esq., Assistant County Attorney representing Defendants, on this date, please be advised that Ms. Zwilling, on behalf of Defendants, has agreed to withdraw Defendants' letter application to dismiss the above-referenced action for failure to prosecute. In addition, Ms. Zwilling noted that she will be sending a confirmatory letter to this Court later this afternoon.

As previously discussed by and between counsel, Plaintiff Maureen Richardt had requested, most recently in writing, that her case against Defendants be dismissed with prejudice in its entirety. As such, the parties are executing a "Stipulation and Order of Dismissal with Prejudice" in regard to the above-referenced matter. For these reasons, Plaintiff will not be submitting a letter in opposition based on assurances received from counsel.

Please feel free to contact me if this Court should be in need of any additional information or documentation. Thanking this Court for its time and consideration, I remain,

Very truly yours,

David B. Feldman

cc: Arlene S. Zwilling, Esq. (<u>via</u> electronic filing)